IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, § § § | Case No: |
| Plaintiff, § § | PATENT CASE |
| vs. § § | JURY TRIAL DEMANDED |
| VALVE CORPORATION, GEARBOX SOFTWARE, LLC, § § § | |
| Defendants. § § | |

**Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i) of Gearbox Software, LLC**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Social Positioning Input Systems, LLC ("Plaintiff" and/or "SPIS") files this notice of dismissal of only co-defendant Gearbox Software, LLC. Plaintiff affirmatively represents that Defendant Gearbox Software has not served upon the Plaintiff either an answer or a motion for summary judgment.

Defendant Valve Corporation remains in this case.

Dated: November 26, 2023

Respectfully Submitted,

/s/ Randall Garteiser
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
M. Scott Fuller
  Texas Bar No. 24036607
  rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**COUNSEL FOR PLAINTIFF**