IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> VALVE CORPORATION, GEARBOX SOFTWARE, LLC <br><br> *Defendant*. | § § § § § § § § § § § § <br><br> CIVIL ACTION NO.  2:23-CV-00422-JRG-RSP |

## ORDER

Before the Court is Plaintiff's Rule 41(a)(1)(A)(i) Notice of Voluntary Dismissal of co-defendant Gearbox Software, LLC (**Dkt. No. 5**.).

Having considered the Notice, the Court **ORDERS** that Defendant Gearbox Software is hereby removed as a Defendant from this case.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case.

**SIGNED this 27th day of November, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE