### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,** | § § § | |
| Plaintiff, | § § | Case No: 2:23-cv-00422-JRG-RSP |
| vs. | § § § | PATENT CASE |
| **VALVE CORPORATION, GEARBOX SOFTWARE, LLC,** | § § § | |
| Defendants. | § § | **JURY TRIAL DEMANDED** |

### PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Social Positioning Input Systems, LLC, states that Patent Asset Management, LLC is the parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  November 30, 2023             Respectfully Submitted,

*/s/ Randall Garteiser*
Randall Garteiser
   Texas Bar No. 24038912
   rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system on.

*/s/ Randall Garteiser*
Randall Garteiser