# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION, GEARBOX SOFTWARE, LLC<br><br>Defendant. | Civil Action No. 2:23-cv-422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT VALVE CORPORATION'S NOTICE OF APPEARANCE RE KATHLEEN R. GEYER

To the Honorable Court and all parties, please take notice the following attorney hereby enters an appearance as additional counsel of record for Defendant Valve Corporation, and is authorized to received service of all pleadings, notices, orders and other papers in the above captioned matter on behalf of Defendant Valve Corporation.

Dated: December 13, 2023

Respectfully submitted,

*/s/ Kathleen R. Geyer*
Michael E. Jones (SBN: 10929400)
Shaun W. Hassett (SBN: 24074372)
Potter Minton
102 North College, Ste. 900
Tyler, Texas 75702
(903)597-8311 (telephone)
mikejones@potterminton.com
shaunhassett@potterminton.com

Kathleen R. Geyer
Christopher P. Damitio
Kilpatrick Townsend & Stockton, LLP
1420 Fifth Avenue Suite 3700
Seattle, WA 98101
(206) 467-9600 (telephone)
kgeyer@kilpatricktownsend.com
cdamitio@kilpatricktownsend.com
*Attorneys for Defendant, Valve Corporation*

78065833v.1