# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, LLC<br>    Defendants. | Civil Action No. 2:23-cv-422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT VALVE CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Valve Corporation ("Valve") hereby states that it has no parent corporation, no publicly held corporation owns 10% or more of Valve stock, and there is no parent, shareholder, member, or partner to identify as required by Fed. R. Civ. P. 7.1.

Dated: December 13, 2023                           Respectfully submitted,

                                                                           */s/ Michael E. Jones*
Michael E. Jones (SBN: 10929400)
Shaun W. Hassett (SBN: 24074372)
Potter Minton
102 North College, Ste. 900
Tyler, Texas 75702
Telephone: 903-597-8311
mikejones@potterminton.com
shaunhassett@potterminton.com

Kathleen R. Geyer
Christopher P. Damitio
Kilpatrick Townsend & Stockton
1420 Fifth Avenue Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
Facsimile: (206) 623-6793
KGeyer@kilpatricktownsend.com
CDamitio@kilpatricktownsend.com

*Attorneys for Defendant
Valve Corp.*