IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Social Positioning Input Systems, LLC, | § § § | |
| *Plaintiff*, | § § | CASE NO. 2:23-CV-422-JRG-RSP |
| v. | § § | |
| Valve Corporation, | § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is Social Positioning Input Systems, LLC's Unopposed Motion for Extension of Time to Respond to Defendant's Rule 12(b)(3) Motion to Dismiss. (**Dkt. No. 14**.) Plaintiff's Motion identifies Case No. 2:23-419 and 2:23-425 as similarly positioned with plaintiffs which are commonly owned and represented, and are asserting infringement against Valve. All three present similar factual issues regarding venue. (*Id*. at 1-2.) The parties in all three cases have stipulated "that the venue discovery order in the *Symbology* case (Case No. 23-419, Dkt. No. 24) will be applied to all three cases. The parties further stipulate that the arguments made in Valve's Motion to Dismiss in the first to proceed *Symbology* case (Case No. 23-419, Dkt. No. 11), Plaintiff's Response, and any subsequent briefing be applied with equal force to all three cases." (*Id*. at 2.)

Having considered the Motion, the Court finds that the motion should be and hereby is **GRANTED** and the Court's order in the *Symbology* case (see Dkt. 14-2) shall apply to the venue issues in this action.

**SIGNED this 5th day of February, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE