IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VALVE CORPORATION, GEARBOX SOFTWARE, LLC<br><br>　　　　　　Defendant. | Civil Action No. 2:23-cv-422-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT VALVE CORPORATION'S NOTICE OF
APPEARANCE RE DARIO A. MACHLEIDT**

　　　To the Honorable Court and all parties, please take notice the following attorney hereby enters an appearance as additional counsel of record for Defendant Valve Corporation, and is authorized to received service of all pleadings, notices, orders and other papers in the above captioned matter on behalf of Defendant Valve Corporation.

Dated: February 9, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Dario A. Machleidt*
　　　　　　　　　　　　　　　　　　　　　　　　Michael E. Jones (SBN: 10929400)
　　　　　　　　　　　　　　　　　　　　　　　　Shaun W. Hassett (SBN: 24074372)
　　　　　　　　　　　　　　　　　　　　　　　　Potter Minton
　　　　　　　　　　　　　　　　　　　　　　　　102 North College, Ste. 900
　　　　　　　　　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　　　　　　　　　(903)597-8311 (telephone)
　　　　　　　　　　　　　　　　　　　　　　　　mikejones@potterminton.com
　　　　　　　　　　　　　　　　　　　　　　　　shaunhassett@potterminton.com

Dario A. Machleidt
Kathleen R. Geyer
Christopher P. Damitio
Kilpatrick Townsend & Stockton, LLP
1420 Fifth Avenue Suite 3700
Seattle, WA 98101
(206) 467-9600 (telephone)
dmachleidt@ktslaw.com
kgeyer@ktslaw.com
cdamitio@ktslaw.com

*Attorneys for Defendant*
*Valve Corporation*

78236593v.1