THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>VALVE CORPORATION,<br><br>      Defendants. | CIVIL ACTION NO. 2:23-cv-422<br><br>JURY TRIAL DEMANDED |

**ORDER**

The Court, having considered the Unopposed Motion for Extension of Time to Respond to Defendant Valve Corporation's Motion to Dismiss (Dkt. 11),

GRANTS the Motion.

Accordingly, it is hereby ORDERED that the deadline for the Plaintiff to submit its Response shall be extended up to and including March 21, 2024.

IT IS SO ORDERED.