# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. 2:23-cv-422-JRG-RSP |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to Respond to Defendant Valve Corporation's Motion to Dismiss. (**Dkt. No. 19.**) Upon consideration, the Court finds that the Motion should be and hereby is **GRANTED**.

Accordingly, it is hereby **ORDERED** that the deadline for the Plaintiff to submit its Response shall be extended to March 21, 2024.

**SIGNED this 12th day of March, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE