# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC<br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, LLC<br>Defendants | Civil Action No. 2:23-cv-422-JRG-RSP |

## JOINT MOTION FOR EXTENSION OF TIME TO
## SUBMIT PROPOSED DOCKET CONTROL AND DISCOVERY ORDERS

Plaintiff Social Positioning Input Systems, LLC and Defendant Valve Corporation hereby request that the Court extend the deadline for the parties to submit the Docket Control and Discovery Order up to and including April 15, 2024.

The Docket Control Order provided to the parties by the Court at the March 25, 2024 Scheduling Conference set a deadline of April 8, 2024 for the parties to submit the proposed Docket Control Order and Discovery Order.

On the evening of April 8, 2024, Plaintiff's counsel indicated that he had come down with an illness and as a result was unable to finalize the proposed Docket Control and Discovery Orders the parties had been discussing. Plaintiff requested a one-week extension of time. Valve Corporation will certainly not oppose such a request given the circumstances and, indeed, will join in respectfully requesting that the Court grant Plaintiff's requested relief.

Accordingly, the undersigned parties respectfully request that the Court grant an extension up to and including April 15, 2024 for the parties to submit their proposed Docket Control and Discovery Order.

Dated: April 8, 2024                                        Respectfully submitted,

*/s/ Shaun W. Hassett*
Michael E. Jones (SBN: 10929400)
Shaun W. Hassett (SBN: 24074372)
Potter Minton, PC
102 North College, Ste. 900
Tyler, Texas 75702
903-597-8311 (telephone)
mikejones@potterminton.com
shaunhassett@potterminton.com

Kathleen R. Geyer
Christopher P. Damitio
Kilpatrick Townsend & Stockton
1420 Fifth Avenue Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
Facsimile: (206) 623-6793
KGeyer@kilpatricktownsend.com
CDamitio@kilpatricktownsend.com

*Attorneys for Defendant*
*Valve Corp.*


*/s/ Randall Garteiser*
Christopher A. Honea (SBN: 24059967)
chonea@ghiplaw.com
Randall Garteiser (SBN: 24038912)
rgarteiser@ghiplaw.com
M. Scott Fuller (SBN: 24036607)
rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

      The undersigned hereby certifies that on April 8, 2024 counsel for Plaintiff and Defendants complied with the meet and confer requirement in Local Rule CV-7(i).  This motion is being filed jointly.

*/s/ Shaun W. Hassett*
Shaun W. Hassett
