# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC<br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, LLC<br>Defendants | Civil Action No. 2:23-cv-422-JRG-RSP |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO
SUBMIT PROPOSED DOCKET CONTROL AND DISCOVERY ORDERS**

Before the Court is the parties' Joint Motion for Extension of Time to Submit Proposed Docket Control and Discovery Orders. After consideration of said joint motion, the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that the parties have up to and including April 15, 2024 to submit their Docket Control and Discovery Orders.

{A72/11185/0002/W1876424.1 }