# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC<br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, LLC<br>Defendants | Civil Action No. 2:23-cv-422-JRG-RSP |

## UNOPPOSED MOTION TO ENTER AGREED PROTECTIVE ORDER

Defendant VALVE CORPORATION respectfully submits this unopposed motion to enter the attached Agreed Protective Order.

Dated: April 15, 2024

Respectfully submitted,

*/s/ Shaun W. Hassett, with permission by Dario A. Machleidt*
Michael E. Jones (SBN: 10929400)
Shaun W. Hassett (SBN: 24074372)
Potter Minton, PC
102 North College, Ste. 900
Tyler, Texas 75702
903-597-8311 (telephone)
mikejones@potterminton.com
shaunhassett@potterminton.com

Dario A. Machleidt
Kathleen R. Geyer
Christopher P. Damitio
Kilpatrick Townsend & Stockton
1420 Fifth Avenue Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
Facsimile: (206) 623-6793
DMachleidt@ktslaw.com
KGeyer@ktslaw.com
CDamitio@ktslaw.com
*Attorneys for Defendant*
*Valve Corp.*

1

## CERTIFICATE OF CONFERENCE

    The undersigned hereby certifies that on April 15, 2024 counsel for Plaintiff and Defendants complied with the meet and confer requirement in Local Rule CV-7(i).  This motion is unopposed by the parties.

*/s/ Shaun W. Hassett*
Shaun W. Hassett
