**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**VALVE CORPORATION,**<br><br>**Defendant.** | **Case No. 2:23-cv-00422-JRG-RSP** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiff Social Positioning Input Systems, LLC respectfully submits this notice of voluntary dismissal without prejudice of Defendant Valve Corporation. Defendant has not served either an answer or a motion for summary judgment.

Dated: August 8, 2024

Respectfully Submitted,

*/s/ Randall Garteiser*


Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this Thursday, August 8, 2024.

*/s/ Randall Garteiser*
Randall Garteiser